UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

D'ANDRE ALEXANDER #731077,

    Plaintiff,

v.                                            Case No. 2:16-CV-64

PENNY FILION, et al.,                   HON. GORDON J. QUIST

    Defendants.
_____/

## JUDGMENT

In accordance with the jury's verdict entered on September 28, 2018, judgment is hereby entered in favor of Plaintiff and against the following Defendants as follows: (1) Defendant Filion – $2,700; (2) Defendant Russo – $2,200; (3) Defendant Haske – $1,700; (4) Defendant Merling – $1,200; and (5) Defendant Pietrangelo – $1,200.  Judgment is entered in favor of Defendants MacDowell, Chapman, Bennett, Benoit, and Millette and against Plaintiff.

Dated: November 15, 2018                               /s/ Gordon J. Quist
                                                               GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE